IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

**HENRY HARRIS**                                                                           **PLAINTIFF**

**VERSUS**                                                         CIVIL ACTION No.: 2014-00156 (3)

**JACKSON COUNTY, MISSISSIPPI;**
**JACKSON COUNTY BOARD OF SUPERVISORS,**
Individually and collectively;
**JACKSON COUNTY SHERIFF'S OFFICE;**
**JACKSON COUNTY NARCOTICS TASK FORCE;**
**SHERIFF MIKE BYRD,**
Individually and in his official capacity;
**OFFICER KEN MCCLENIC,**
Individually and in his official capacity;
And **OTHER UNKNOWN JOHN and JANE DOES, A-Z,**
Also in their official and individual capacities                        **DEFENDANTS**



## COMPLAINT

### THE DEFENDANTS ARE HEREBY PUT ON NOTICE THAT THE PLAINTIFF WILL EXERCISE HIS RIGHT TO AND DEMANDS A TRIAL BY JURY

Comes, now the Plaintiff, Henry Harris, by and through his counsel of record, Michael W. Crosby, and for good and sufficient cause of action files this, his Complaint, and in support of the same would state, aver and give notice of the following:

### PRELIMINARY STATEMENT

1.     This is a federal civil rights action brought as a result of what the Plaintiff alleges was a blatant violation of, inter alia, the federal civil, constitutional and human rights of the Plaintiff. On or about July 10, 2013, the Defendants herein, individually and in concert with one another, in their official and individual capacities did willfully, wantonly and with reckless disregard for the rights privileges and immunities of the Plaintiff, while acting under color of state authority, did wrongfully arrest and assault Henry Harris, while utilizing inappropriate and unnecessary



force, and thereafter, intentionally and publicly defaming the Plaintiff thereby causing him to suffer substantial defamation of character through both libel and slander, loss of liberty, and wrongfully interfering with the Plaintiff's right to the pursuit of happiness. The Defendants orchestrated such actions as part and parcel of a course of conduct that resulted from a patterned practice that has become so pervasive within the with the ranks of the Defendants that the same has risen to the level of policy which the Defendants, JACKSON COUNTY, MISSISSIPPI; JACKSON COUNTY BOARD OF SUPERVISORS; JACKSON COUNTY SHERIFF'S OFFICE; JACKSON COUNTY NARCOTICS TASK FORCE; SHERIFF MIKE BYRD, Individually and in his official capacity; and OFFICER KEN MCCLENIC, Individually and in his official capacity; have condoned and encouraged.

2. As a direct and proximate consequence of the actions of the Defendants, the Plaintiff has been damaged and otherwise suffered injury for which he is entitled to be compensated in an amount to be determined by a jury but not less than $10,000,000.00.

## PARTIES

3. The Plaintiff is an adult resident citizen of Alabama residing at 10460 Bay Point Boulevard, Grand Bay, AL. At all times material hereto, the Plaintiff was a resident of the Alabama. Jackson County, Mississippi is the County wherein the alleged wrongdoing transpired.

4. The Defendant, JACKSON COUNTY, Mississippi, is a political subdivision which pursuant to statute may be served by effecting service of process upon Terry Miller, Chancery Clerk, at his regular place of business being 3104 Magnolia Street, Pascagoula, Mississippi 39567.

5. The Defendant, JACKSON COUNTY BOARD OF SUPERVISORS, may be served with lawful process pursuant to the applicable statues governing the same at c/o John McKay, Board President, Jackson County Board of Supervisors, 2915 South Canty Street, Pascagoula, Mississippi 39567. The Board of Supervisors, individually and collectively, are sued herein in their official and individual capacities for allowing such illegal and blatantly offensive practices to continue in this County without exercising the requisite level of oversight and supervision as vested in it by the State of Mississippi. As a result of the conduct of the JACKSON COUNTY BOARD OF SUPERVISORS, the constitutionally protected rights, privileges and immunities of the Plaintiff were violated. Consequently, this Defendant is liable to the Plaintiff for the damages so sustained.

6. The Defendant, JACKSON COUNTY SHERIFF'S OFFICE, may be served with lawful process pursuant to the applicable statues governing the same at c/o Sheriff Charles Britt, 3104 Magnolia Street, Pascagoula, Mississippi 39567. As a result of the conduct of the JACKSON COUNTY SHERIFF'S OFFICE the constitutionally protected rights, privileges and immunities of the Plaintiff were violated. Consequently, this Defendant is liable to the Plaintiff for the damages so sustained.

7. The Defendant, JACKSON COUNTY NARCOTICS TASK FORCE, may be served with lawful process pursuant to the applicable statues governing the same at c/o Sheriff Charles Britt, Jackson County Sheriff's Office, 3104 Magnolia Street, Pascagoula, Mississippi 39567. Furthermore, Defendants who comprise the Jackson County Narcotics Task Force are also sued in their official and individual capacities for having violated the rights, privileges and immunities of the Plaintiff and such individuals may be served with lawful process once they have been properly identified at their regular place of business of at their homes. As a result of the conduct

of the JACKSON COUNTY NARCOTICS TASK FORCE the constitutionally protected rights, privileges and immunities of the Plaintiff were violated. Consequently, this Defendant(s) is liable to the Plaintiff for the damages so sustained.

8. The Defendant, SHERIFF MIKE BYRD, is sued in his official and individual capacities and may be served with lawful process pursuant to the applicable statues governing the same at his home address or wherever he may be found. As a result of his conduct, Sheriff Mike Byrd violated the constitutionally protected rights, privileges and immunities of the Plaintiff. Consequently, this Defendant is liable to the Plaintiff for the damages so sustained.

9. The Defendant, OFFICER KEN MCCLENIC, is sued in his official and individual capacities and may be served with lawful process pursuant to the applicable statues governing the same at the Jackson County Sheriff's Office located at 3104 Magnolia Street, Pascagoula, Mississippi 39567. As a result of his conduct, Officer Ken McClenic violated the constitutionally protected rights, privileges and immunities of the Plaintiff. Consequently, this Defendant is liable to the Plaintiff for the damages so sustained.

10. The unknown Defendants, John and Jane Does A-Z, are unknown individuals whose conduct violated the Plaintiff's rights, privileges and immunities as guaranteed by the Constitution of the United States of America, the federal statues under which this claim is prosecuted and the laws of the State of Mississippi. These officers and or individuals acting in concert with state authorities once identified through the discovery process acted in their official and individual capacities and as such they are liable to the Plaintiff for the wrongs perpetrated against him.

## JURISDICTION and VENUE

11. This honorable Court has jurisdiction over the parties and the subject-matter herein as this is the County where the wrongs perpetrated against the Plaintiff by the Defendants, jointly and severally, were committed. The wrongs herein committed constituted violations of federal constitutional and statutory protections which invoke the original jurisdiction of this Honorable Court. This Court also has jurisdiction to adjudicate the pendent state claims raised herein.

## FACTS

12. On or about July 10, 2013, Henry Harris and several friends and acquaintances were at a building located next to Club Unique, specifically 6811 Frederick Street, Moss Point, MS 39567 when it was raided by the Jackson County Narcotics Task Force operating under the direction of Officer Ken McClenic. Around 7:30 or 8:00 p.m., a flash bomb was thrown into the premises. Henry Harris ran outside and was ordered to get on his stomach. Mr. Harris explained that he has had back surgery and was getting down onto his stomach as quickly as possible when he was hit in the back and elbow with a metal baton by Officer Ken McClenic. As he fell, Henry Harris landed on his stomach and snapped his triceps tendon. Mr. Harris immediately exclaimed that he was injured. After being on the ground for 10-12 minutes, Henry Harris was allowed to stand up. The knot on his elbow was extremely swollen and an ambulance was called. He was transported to Singing River Hospital Emergency Room. Henry Harris was served with a copy of the search warrant two weeks after the raid, and he was never charged with any crimes in connection with this incident.

## COUNT 1.

13. The Defendants herein, jointly and severally and while acting in concert with one another, conspired to violate the Plaintiff's constitutional and statutorily protected rights, privileges and immunities when they, while acting under color of state law and authority deprived the Plaintiff of life, liberty, and the continued pursuit of happiness without both substantive and/or procedural due process of law, detaining him, physically assaulting him, and defaming his character without trial, and through the exercise of unnecessary and unlawful use of force when they initially detained him all in violation of 42 USC Sections 1983 and 1985(3).

14. As a direct and proximate consequence of the illegal conduct of the Defendants, jointly and severally and while acting in concert with one another, the Plaintiff suffered injury to his person and reputation and he is therefore entitled to be compensated for the same in an amount to be determined by a jury but not less than $10,000,000.00.

## COUNT 2.

15. The defendants herein, the Jackson County Board of Supervisors, collectively and individually, and Sheriff Mike Byrd violated the Plaintiff's rights, privileges and immunities to be free from such illegal conduct perpetrated under color of state law when they failed to properly supervise, train, and oversee the conduct their officers and agents herein thus they violated 42 USC Section 1986 which was intended to prevent the same kind of illegal conduct that cause the Plaintiff to suffer harm herein.

16. As a direct and proximate consequence of the defendants conduct herein as set forth in Count 2 of this Complaint the defendants failure to affirmatively carry out their supervisory and oversight responsibilities in accordance with the applicable laws governing the same, the

Plaintiff was injured and suffered irreparable loss to his person, property, liberty and reputation and he is therefore entitled to compensation in an amount to be determined by a jury but not less than $10,000,000.00.

### COUNT 3

17. The Defendants herein violated several of the Plaintiff's state protected rights when they engaged in conduct that injured the Plaintiff as a result of their negligent and grossly negligent conduct. Such conduct includes but is not limited to, false arrest, false imprisonment, slander and libel, assault, battery, criminal conversion, common law civil conspiracy, humiliation and negligent infliction of mental and emotional distress.

18. As a direct and proximate consequence of the Defendants conduct herein they are jointly and severally liable to the Plaintiff for having caused him injury when they breached their state law duties and responsibilities to not cause the Plaintiff and others similarly situated harm or injury. Consequently, the Plaintiff was injured and suffered irreparable loss to his person, property and reputation and he is therefore entitled to compensation in an amount to be determined by a jury but not less than $10,000,000.00.

### COUNT 4.

19. The Defendants are jointly and severally liable to the Plaintiff and are required to pay the Plaintiff's reasonable attorney fees and related litigation expenses, to include expert's fees for having violated several of the Plaintiff's civil rights as protected by such federal civil rights statutes as 42 USC Sections 1983, 1985, and 1986. Such fees and expenses are to be awarded separate and apart from any award to the Plaintiff for his actual compensatory damages and the same should only be limited by the fair comparable market value of prevailing in such similar

cases with equal complexity, difficulty and novelty, noting the Plaintiff's counsel is herein acting as a private attorney general as the same was intended by Congress when these laws were enacted.

## PRAYER FOR RELIEF

20. WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Henry Harris, prays that upon the filing of this Complaint that this Honorable Court will advance this matter on the trial docket and order immediately that discovery be expedited so that the Plaintiff may try and identify John and Jane Does A-Z and amend his complaint as soon as they are known to allow this matter to proceed to a full trial on the merits preferably within the next nine (9) months.

- (a.) The Plaintiff seeks compensatory damages in the amount of $10,000,000.00 against the Defendants herein, jointly and severally and in their official and individual capacities, for the violation of his federal constitutional, civil and human rights.
- (b.) The Plaintiff seeks compensatory damages in the amount of $10,000,000.00 for the deprivation of his state law rights that were violated of and by the Defendants herein jointly and severally and in their official and individual capacities.
- (c.) The Plaintiff seeks punitive damages against the Defendants, jointly and severally and in their official and individual capacities, in the amount of $10,000,000.00 for the willful, wanton and reckless disregard for the rights, privileges and immunities of the Plaintiff such rights, privileges and immunities being guaranteed to the Plaintiff and persons similarly situated by the Constitution of the United States of America and the statutes supporting the same.

(d.) The Plaintiffs seeks a lode-star award of all of attorney fees, together with all litigation expenses and expert fees as a prevailing party herein, regardless of the amount of the award returned to the Plaintiff by a jury because of the difficulty and complexity of this case.

(e.) The Plaintiff prays for such other relief that is just, proper and equitable in the premises herein, and if the Plaintiff has prayed for inappropriate, incomplete or inadequate relief, the Plaintiff asks permission of this Honorable Court to allow the Plaintiff to amend this complaint. The Plaintiff prays for such general relief as the Court deems just, equitable and proper herein.

RESPECTFULLY SUBMITTED, this the 24th day of July, 2014.

MICHAEL W. CROSBY (MS BAR NO.: 7888)
2111 25th AVENUE
GULFPORT, MISSISSIPPI 39501
TEL: 228-865-0313
FAX: 228-865-0337
michaelwcrosby@bellsouth.net

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2009)

**Court Identification Docket #:** 3 0 | C I
County # | Judicial District | Court ID (CH, CI, CO)

**Date:** 0 7 2 4 1 4 (Month / Date / Year)

**Case Year:** 2014
**Docket Number:** 00156
**Local Docket ID:**

*This area to be completed by clerk*
*Case Number if filed prior to 1/1/94*

In the **CIRCUIT** Court of **JACKSON** County — Judicial District

### Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

### Plaintiff
**Individual:** HARRIS, HENRY (Last Name, First Name)

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of _____

___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity D/B/A or Agency _____

**Business:** _____

**Address of Plaintiff:** 10460 Bay Point Boulevard, Grand Bay, AL 36541

**Attorney (Name & Address):** MICHAEL W. CROSBY, 2111 25th Avenue, Gulfport, MS 39501     **MS Bar No.** 7888

___ Check (x) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: [signature]

### Defendant
**Individual:** _____

**Business:** JACKSON COUNTY, MISSISSIPPI, c/o Terry Miller, Chancery Clerk, 3104 Magnolia Street, Pascagoula, MS 39567

**Attorney (Name & Address) - If Known:** _____    **MS Bar No.** _____

**Damages Sought:** Compensatory $ _____ Punitive $ _____ Check (x) if child support is contemplated as an issue in this suit.*

### Nature of Suit (Place an "X" in one box only)

**Domestic Relations:** Child Custody/Visitation, Child Support, Contempt, Divorce: Fault, Divorce: Irreconcilable Diff., Domestic Abuse, Emancipation, Modification, Paternity, Property Division, Separate Maintenance, Termination of Parental Rights, UIFSA (eff 7/1/97; formerly URESA), Other _____

**Appeals:** Administrative Agency, County Court, Hardship Petition (Driver License), Justice Court, MS Dept Employment Security, Worker's Compensation, Other _____

**Business/Commercial:** Accounting (Business), Business Dissolution, Debt Collection, Employment, Foreign Judgment, Garnishment, Replevin, Other _____

**Probate:** Accounting (Probate), Birth Certificate Correction, Commitment, Conservatorship, Guardianship, Heirship, Intestate Estate, Minor's Settlement, Muniment of Title, Name Change, Testate Estate, Will Contest, Other _____

**Children/Minors – Non-Domestic:** Adoption - Contested, Adoption - Uncontested, Consent to Abortion Minor, Removal of Minority, Other _____

**Civil Rights:** Elections, Expungement, Habeas Corpus, Post Conviction Relief/Prisoner, [X] Other **Deprivation of Right**

**Contract:** Breach of Contract, Installment Contract, Insurance, Specific Performance, Other _____

**Statutes/Rules:** Bond Validation, Civil Forfeiture, Declaratory Judgment, Injunction or Restraining Order, Other _____

**Real Property:** Adverse Possession, Ejectment, Eminent Domain, Eviction, Judicial Foreclosure, Lien Assertion, Partition, Tax Sale: Confirm/Cancel, Title Boundary or Easement, Other _____

**Torts:** Bad Faith, Fraud, Loss of Consortium, Malpractice - Legal, Malpractice - Medical, Mass Tort, Negligence - General, Negligence - Motor Vehicle, Product Liability, Subrogation, Wrongful Death, Other _____

IN THE <u>CIRCUIT</u> COURT OF <u>JACKSON</u> COUNTY, MISSISSIPPI

_____JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____  Docket No. If Filed
             File Yr      Chronological No.    Clerk's Local ID    Prior to 1/1/94_____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of _4_ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

### Defendant #2:

Individual: _____ _____ ( _____ ) _____ _____
                Last Name          First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business <u>JACKSON COUNTY BOARD OF SUPERVISORS, 2915 South Canty Street, Pascagoula, MS 39567</u>
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

### Defendant #3:

Individual: _____ _____ ( _____ ) _____ _____
                Last Name          First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business <u>JACKSON COUNTY SHERIFF'S OFFICE, c/o Sheriff Charles Britt, 3104 Magnolia Street, Pascagoula, MS 39567</u>
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

### Defendant #4:

Individual: _____ _____ ( _____ ) _____ _____
                Last Name          First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business <u>JACKSON COUNTY NARCOTICS TASK FORCE, c/o Sheriff Charles Britt, 3104 Magnolia Street, Pascagoula, MS 395</u>
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE <u>CIRCUIT</u> COURT OF <u>JACKSON</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____  _____  Docket No. If Filed
              File Yr       Chronological No.        Clerk's Local ID        Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page _2_ of _2_ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # _5_ :**

Individual: <u>BYRD</u>  <u>MIKE</u>  (_____) _____ _____
              Last Name      First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

  Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

  D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

  D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # _6_ :**

Individual: <u>MCCLENIC</u>  <u>KEN</u>  (_____) _____ _____
              Last Name      First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

  Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

  D/B/A <u>3104 Magnolia Street, Pascagoula, MS  39567</u>

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

  D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # _7_ :**

Individual: <u>Unknown</u>  <u>John & Jane Does</u> A-Z  (_____) _____ _____
              Last Name      First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

  Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

  D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

  D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___