IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HENRY HARRIS**                                                                                   **PLAINTIFF**

v.                                                    CAUSE NO. 1:14-cv-00435-LG-JCG

**JACKSON COUNTY, MISSISSIPPI;**
**JACKSON COUNTY BOARD OF SUPERVISORS,**
Individually and collectively;
**JACKSON COUNTY SHERIFF'S OFFICE;**
**JACKSON COUNTY NARCOTICS TASK FORCE;**
**SHERIFF MIKE BYRD, OFFICER KEN McCLENIC,**
**OTHER UNKNOWN JOHN and JANE DOES, A-Z,**
Individually and in their official capacities                       **DEFENDANTS**

## FINAL JUDGMENT

Having disposed of all matters pending before this Court, Final Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

**SO ORDERED AND ADJUDGED** this the 23rd day of May 2016.

s\ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge